Ira S. Sacks
Mary L. Grieco
Safia A. Anand
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

Lisa T. Simpson
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 5th Avenue
New York, NY 10103
(212) 506-5100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SANEI CHARLOTTE RONSON LLC,

                Plaintiff,

      -against-

GMA ACCESSORIES, INC.,

                Defendant.
-------------------------------------------------------------x




Civil Action No.

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Plaintiff certifies that Plaintiff Sanei Charlotte Ronson LLC (a private non-governmental party) is privately held by Sanei Brands LLC, a New York limited liability company, and C. Ronson, Inc., a New York corporation. Sanei Brands LLC is privately held by

Sanei Production Network Co, Ltd., a Japanese company, which in turn is privately held by Sanei International Co., Ltd., a publicly traded Japanese company.

Dated: New York, New York
       October 26, 2007

                                           Respectfully submitted,

                                           Ira S. Sacks
                                           Mary L. Grieco
                                           Safia A. Anand
                                           Dreier LLP
                                           499 Park Avenue
                                           New York, NY 10022
                                           (212) 328-6100

                                           Lisa T. Simpson
                                           Orrick, Herrington & Sutcliffe LLP
                                           666 Fifth Avenue
                                           New York, NY 10103
                                           (212) 506-5100

                                           *Attorneys for Plaintiff*