# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 07 CIV 9578

SANEI CHARLOTTE RONSON LLC,

                                                  Plaintiff,

   -against-

GMA ACCESSORIES, INC,

                                                Defendant.

**State Of New York, County Of New York SS:**
**ROBIN RAMSON**
Being duly sworn, deposes and says, that he is over the age of 18 years, is not party to this action and resides at New York.

That on the 29TH day of OCTOBER, 2007 At: 4:29 PM

At: 1 EAST 33RD STREET, 9TH FLOOR NEW YORK, NEW YORK 10016

Deponent served the annexed: **SUMMONS IN A CIVIL, CIVIL COVER SHEET, RULE 7.1 STATEMENT AND CASE AND COMPLAINT**

Upon: GMA ACCESSORIES, INC.

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **SADIA PANCHAM (ASSISTANT TO CEO)** personally; who stated, that she is the said individual to be *Authorized To Accept Service* thereof.

### DESCRIPTION
Deponent describes the individual served or spoken to as follows:
Sex: **FEMALE** Color: **BROWN** Hair: **BLACK** App. Age: **34** App. Ht: **5'6"** App. Wt. **130**
Other identifying features:

Sworn to before me this 30TH
day of OCTOBER, 2007

_____
JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

_____
ROBIN RAMSON 956-346