UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SANEI CHARLOTTE RONSON LLC,

        Plaintiff,

        - against -

GMA ACCESSORIES, INC.,

        Defendant.
-------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**

Civil Action No.: 07CV9578 (CM)

    **PLEASE TAKE NOTICE** upon the Declaration of Andrew T. Sweeney, dated November 19, 2007, and the exhibits annexed thereto, and the Memorandum of Law dated November 19, 2007, the undersigned hereby moves this Honorable Court, before Hon. Colleen McMahon, U.S.D.J., at 500 Pearl Street, New York, New York for an Order pursuant to Rules 12(b)(1), 12(b)(6) and 9(b) dismissing the complaint of Sanei Charlotte Ronson LLC; and for such other relief as this court deems just and proper.

Dated: New York, New York
       November 19, 2007

By: _____
Andrew T. Sweeney (AS – 0724)
The Bostany Law Firm
Attorneys for Defendant
GMA Accessories, Inc.
40 Wall Street, 61st Floor
New York, New York 10005
(212) 530-4400