UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANEI CHARLOTTE RONSON LLC,

       Plaintiff,

                                **RULE 7.1 STATEMENT**

                              Civil Action No.: 07CV9578 (CM)

     - against -

GMA ACCESSORIES, INC.,
       Defendant.
------------------------------------------------------------X

    Pursuant to Local Civil Rule 7.1, to evaluate possible disqualification or recusal, the undersigned counsel for GMA ACCESSORIES, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

    None.

DATE: New York, New York
         November 19, 2007

                                                _____
                                                JOHN P. BOSTANY (JB 1986)