# DREIER

ATTORNEYS AT LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

**MEMO ENDORSED**

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

November 19, 2007

<u>Via Facsimile</u>
Honorable Colleen McMahon
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*
    07 CV 9578 (CM)

Dear Judge McMahon:

    We are writing to you on behalf of Plaintiff Sanei Charlotte Ronson LLC ("Sanei") in response to GMA Accessories, Inc.'s ("GMA") letter to Your Honor of today's date. In its letter, GMA asks for a 10 day extension of time to answer or move with respect to the complaint and argues that this case is related to another case currently pending before Hon. Laura Taylor Swain under docket no. 07cv3219(LTS)(the "Solnicki Case"). Both of those points are distorted by GMA.

**GMA's Extension Request**

    In its letter, GMA falsely asserts that "[d]uring the past week or so we have attempted to persuade counsel for SANEI to agree ... to a brief extension but SANEI has refused." First, Sanei has **never** refused GMA's request for an extension of time to move or otherwise respond to the complaint. To the contrary, when Mr. Sweeney (one of GMA's counsel) contacted our office last Wednesday to request an extension, Rob Grand, a partner at Dreier LLP, informed him that we would need to ask the client. Thereafter, Mr. Sweeney faxed Mr. Grand a proposed stipulation (without getting our approval for the extension). A true and correct copy of Mr. Sweeney's proposed stipulation is attached hereto as Exhibit A. Mr. Grand faxed a letter back to Mr. Sweeney with a revised stipulation, **agreeing to the extension** if GMA agreed to participate in a Rule 26(f) conference – as contemplated by your Honor's Scheduling Order – by the end of last week. A true and correct copy of the letter from Mr. Grand is attached hereto as Exhibit B.

    We added that Rule 26(f) condition because this Court's November 2, 2007 Order Scheduling Initial Pretrial Conference requires that the parties confer, complete and sign

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100   Facsimile 212 328 6101
Los Angeles   Stamford   Albany
www.dreierllp.com

*Handwritten endorsement (margin notes):*

1) GMA's request for leave to move or answer is granted.
2) However, that has nothing to do with the Rule 16 conference or with the obligation to meet and confer. You WILL meet and confer and you WILL either agree to a discovery schedule or you will need to meet me.

I do not postpone Rule 16 conferences.

Colleen McMahon
USDJ

PS – I dispose of motions to dismiss really at Rule 16 conferences.

Honorable Colleen McMahon
November 19, 2007
Page 2 of 3

a Civil Case Management Plan within thirty (30) days of November 2, 2007, and GMA had ignored all of our requests to confer. We also understood from the November 2, 2007 Order that a Civil Case Management Plan was required even if Defendant moved to dismiss. (We note that such a motion – which GMA has indicated it intends to make – will be largely frivolous.)

After failing to get a response to our proposed stipulation, on November 15, 2007, our office sent an email to GMA's counsel asking if they were available to participate in a Rule 26(f) conference at 3 p.m. on November 16, 2007. A true and correct copy of that email is attached hereto as Exhibit C. In response, Mr. Sweeney sent an email stating that GMA is "currently attempting to determine the issues presented in your pleading so that we may be in a position to answer it, frame discovery if need be or file a motion to dismiss etc." A true and correct copy of Mr. Sweeney's response is attached hereto as Exhibit D.

GMA again failed to respond to Sanei's request for a Rule 26(f) conference and failed to contact us regarding the revised stipulation until 6:30 p.m. on Friday, November 16, 2007, at which time Mr. Sweeney left a message for Mr. Grand again requesting an extension. Mr. Grand did not get this message until Monday, November 19, 2007. On Monday, November 19, 2007, Mr. Grand again explained to GMA's counsel that **we would consent to the extension if** they would agree to a proposed Civil Case Management Plan. Thereafter, we emailed a proposed Civil Case Management Plan to GMA's counsel, but instead of receiving a response to our email, we received the letter which was sent to Your Honor.

Sanei does not object to a 10 day extension of GMA's time to answer or move and Sanei has never refused such an extension. Instead, Sanei merely wanted GMA to participate in the Rule 26(f) conference and comply with Your Honor's November 2 Order regarding the Civil Case Management Plan before agreeing to such an extension.

### The Solnicki Case and The Sanei Case Are Not Related

GMA's counsel also falsely states that it has "attempted to persuade counsel for SANEI to agree that the cases are related..." As GMA's counsel is well aware, I told Mr. Sweeney that these cases are not related; however, GMA's counsel has never attempted to persuade me that these cases are related. In our view the two cases are unrelated. The Solnicki case relates to the use of the CHARLOTTE SOLNICKI trademark on goods marketed under that mark, while this case relates to the use of the CHARLOTTE RONSON trademark on goods marketed under that mark. The controlling facts relating to these cases are different.

The key issue in both cases will be likelihood of confusion. In evaluating whether there is a likelihood of confusion between two marks, courts apply the multi-factor "*Polaroid* test" set forth by Judge Friendly in *Polaroid Corp. v. Polarad Elecs. Corp.*, 287 F.2d 492, 495 (2d Cir.), *cert. denied*, 368 U.S. 820 (1961). The *Polaroid* test calls

Honorable Colleen McMahon
November 19, 2007
Page 3 of 3

for the balancing of the following non-exhaustive list of factors: i) the strength of the plaintiff's mark; ii) the degree of similarity between the two marks; iii) the proximity of the products; iv) the likelihood that the plaintiff will bridge the gap; v) actual confusion; vi) sophistication of the consumers; vii) bad faith; and viii) the quality of the defendant's products. *Polaroid Corp.*, 287 F.2d at 495. Virtually all of those factors – factors (ii), (iii), (iv), (v), (vi), (vii) and (viii) – are different for the two cases. That is because the marks are different, the products marketed under the marks are different, and facts relating to alleged actual confusion and alleged bad faith are different. Thus, the *Polaroid* analysis will be different in each case.

Indeed, there is a third case – *Jimlar Corp. v. GMA*, 07 Civ. 8622 – involving Charlotte branded product sold by Plaintiff Jimlar Corp. – pending before Judge Stein where GMA has merely answered and counterclaimed. That case is not related to either of the other two for the same reasons – its determination will turn on facts almost entirely different from the other two cases.

Thus, although this firm represents certain defendants in the Solnicki Case and represents Sanei in this case, the two cases are not related and should not be treated as such.

As a result, we respectfully request that GMA's request for an extension be denied unless it agrees to participate in a Rule 26(f) conference forthwith.

Respectfully,

Ira S. Sacks

cc: John Bostany (via Facsimile)

# **EXHIBIT A**

40 Wall Street, 61st Floor, New York NY 10005
Tel: (212) 530-4400, Fax: (212) 530-4488

**The Bostany Law Firm**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Robert Grand, Esq. | **From:** | Andrew T. Sweeney, Esq. |
| **Fax:** | 212-328-6101 | **Pages:** | 2 |
| **Phone:** | 212-328-6118 | **Date:** | November 13, 2007 |

Here is the proposed stipulation I discussed with you.

Also tomorrow's deposition of Showroom Seven Studios, Inc. has been postponed to the week of November 26.

Regards,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SANEI CHARLOTTE RONSON LLC,

       Plaintiff,                    **STIPULATION**

                                       Civil Action No.: 07CV9578 (CM)

- against -

GMA ACCESSORIES, INC.,

       Defendants.
------------------------------------------------------------X

       It is hereby stipulated and agreed by and between the parties hereto that defendant has until November 30, 2007 to answer or move with respect to the complaint filed on October 26, 2007.

Dated: November 13, 2007

| | |
|---|---|
| Robert Grand, Esq. | Andrew T. Sweeney (AS 0724) |
| Dreier, LLP | The Bostany Law Firm |
| Attorney for Plaintiff | Attorney for Defendant |
| SANEI CHARLOTTE RONSON LLC | GMA ACCESSORIES, INC. |
| 499 Park Avenue | 40 Wall Street, 61st Floor |
| New York, NY 10022 | New York, NY 10005 |

# **EXHIBIT B**

# DREIER LLP

ATTORNEYS AT LAW

Robert J. Grand *Partner*
Direct 212 328 6118
rgrand@dreierllp.com

November 14, 2007

**VIA FAX (212) 530-4488**
Andrew T. Sweeney
The Bostany Law Firm
40 Wall Street - 61st Floor
New York, NY 10005

Re: *Sanei Charlotte Ronson LLC. v. GMA Accessories, Inc.*, 07CV9578(CM)

Dear Mr. Sweeney:

I received your fax dated November 13, 2007, along with your draft stipulation. Although your draft stipulation does not accurately reflect our discussion on the matter, our client will nevertheless agree to grant your client the requested extension of time to Answer or move with respect to the complaint in accordance with the terms set forth in the Stipulation attached hereto, which I believe more accurately reflects our telephone conversation yesterday.

Sincerely,

Robert J. Grand

cc: Lisa T. Simpson, Esq.

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00305924.DOC;}

Ira S. Sacks
Robert J. Grand
Mary L. Grieco
Safia A. Anand
DREIER LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

Lisa T. Simpson
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 5th Avenue
New York, NY 10103
(212) 506-5100

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SANEI CHARLOTTE RONSON LLC,

           Plaintiff,

   -against-

GMA ACCESSORIES, INC.,

           Defendant.
---------------------------------------------------------------x

Civil Action No.:
07 CV 9578 (CM)

**STIPULATION**

  It is hereby stipulated and agreed by and between the parties hereto that the time for Defendant to answer or move with respect to the Complaint is extended through and including November 30, 2007, on the condition that Defendant complies with the Court's November 2, 2007 Order that the parties "confer, complete and sign" the Civil Case

{00305871.DOC;}

Management Plan on or before November 16, 2007.

Dated: November 14, 2007

<table>
<tr><td>
Robert J. Grand<br>
Dreier LLP<br>
499 Park Avenue<br>
New York, New York 10022<br>
(212) 328-6100<br>
<br>
Attorneys for Plaintiff<br>
Sanei Charlotte Ronson LLC
</td><td>
Andrew T. Sweeney<br>
The Bostany Law Firm<br>
40 Wall Street, 61st Floor<br>
New York, New York 10005<br>
(212) 530-4400<br>
<br>
Attorneys for Defendant<br>
GMA Accessories, Inc.
</td></tr>
</table>

{00305871.DOC;}

# EXHIBIT C

## Safia Anand

| | |
|---|---|
| From: | Safia Anand |
| Sent: | Thursday, November 15, 2007 1:07 PM |
| To: | 'Andrew.Sweeney@bozlaw.com'; 'John Bostany' |
| Cc: | Mary Grieco; Ira S. Sacks; Robert Grand |
| Subject: | Ronson/GMA |
| Importance: | High |

As a follow-up to the stipulation that Rob Grand sent you yesterday in the Ronson/GMA matter, please let us know if you are available for a Rule 26(f) conference tomorrow at 3:00 pm. If so, we will call you. We look forward to hearing from you soon.

Very truly yours,

Safia

**Safia A. Anand**
Associate

**DREIER** LLP

499 Park Avenue
New York, NY 10022
Tel: (212) 328-6100
Direct: (212) 652-3773
Fax: (212) 328-6101
sanand@dreierllp.com

11/19/2007

# EXHIBIT D

## Safia Anand

**From:** Andrew Sweeney [Andrew.Sweeney@bozlaw.com]
**Sent:** Thursday, November 15, 2007 4:21 PM
**To:** Robert Grand
**Cc:** Mary Grieco; Ira S. Sacks; Safia Anand; john@bozlaw.com
**Subject:** RE: Ronson/GMA

Mr. Grand:

We are currently attempting to determine the issues presented in your pleading so that we may be in a position to answer it, frame discovery if need be or file a motion to dismiss etc.

Please advise why you checked "no" to the question on the civil cover sheet, whether a similar case is pending, when much of your claim is related to the SOLNICKI case pending before Judge Swain where you represent most of the defendants.

ATS

---

**From:** Safia Anand [mailto:sanand@dreierllp.com]
**Sent:** Thursday, November 15, 2007 1:07 PM
**To:** Andrew.Sweeney@bozlaw.com; John Bostany
**Cc:** Mary Grieco; Ira S. Sacks; Robert Grand
**Subject:** Ronson/GMA
**Importance:** High

As a follow-up to the stipulation that Rob Grand sent you yesterday in the Ronson/GMA matter, please let us know if you are available for a Rule 26(f) conference tomorrow at 3:00 pm. If so, we will call you. We look forward to hearing from you soon.

Very truly yours,

Safia

**Safia A. Anand**
Associate

## DREIER LLP

499 Park Avenue
New York, NY 10022
Tel: (212) 328-6100
Direct: (212) 652-3773
Fax: (212) 328-6101
sanand@dreierllp.com

---

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the

11/19/2007

sender and delete this e-mail message from your computer.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# DREIER LLP

499 Park Avenue, New York, New York 10022
Telephone 212 328 6100 Facsimile 212 328 6101
Los Angeles • Stamford • Albany
www.dreierllp.com

## FAX COVER SHEET

Date: November 19, 2007

| NAME | COMPANY | FAX NO. | TEL. NO. |
|---|---|---|---|
| Honorable Colleen McMahon | US Courthouse | (212) 805-6326 | |
| John Bostany | The Bostany Law Firm | (212) 530-4413 | |

**FROM:** Ira S. Sacks
**DIRECT DIAL:** (212) 328-6100
**RE:** Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.
07 CV 9578 (CM)

**Message:**

Please see attached.

Thank you.

No. of Pages (including cover sheet): __16__

If you have any difficulties receiving this transmission, please call (212) 328-6100

The information contained in this fax is privileged and confidential, and is intended only for the use of the individual(s) named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communique is strictly prohibited. If you have received this transmission in error, or if a problem occurs with this transmission, please notify us immediately by phone. Thank you

# THE BOSTANY LAW FIRM

40 WALL STREET
61ST FLOOR
NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400
FAX: 212-530-4488

**NEW JERSEY OFFICE**
ONE GATEWAY CENTER
NEWARK, NJ 07102

4 2007

November 19, 2007

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*,
          Docket No.: 07 CV 9578 (CM)

Your Honor:

    We represent the defendant GMA Accessories, Inc. (hereinafter "GMA") in this matter and respectfully request a 10 day extension of time from today's deadline to answer or move with respect to the complaint herein. The dispute concerns the mark CHARLOTTE that has been owned by my client for many years with respect to clothing, handbags and other goods. The Plaintiff here, SANEI, is also an applicant for the mark CHARLOTTE RONSON in the USPTO. A good portion of the instant action accuses GMA of enforcing its mark in bad faith by way of companion litigation pending in this Court before Hon. Laura Taylor Swain under docket no. 07cv3219 (LTS) (there Judge Swain is deciding whether to enjoin use of CHARLOTTE SOLNICKI and issued a decision with respect to some of the defendants there which can be found at 507 F.Supp.2d 361).

    Although SANEI's law firm (Dreier, LLP) also represents several of the defendants in the SOLNICKI case, the issues appear to be the same, many of the claims contained in the instant action are duplicates of counterclaims that the Dreier firm cast in the SOLNICKI case, and SANEI makes specific reference to the Solnicki case repeatedly throughout its pleading, SANEI declined to mark it as a related case on the civil cover sheet. During the past week or so we have attempted to persuade counsel for SANEI to agree that the cases are related and to agree to a brief extension but SANEI has refused.

    Wherefore, we respectfully ask for an extension until November 30 to answer or move with respect to the complaint.

Respectfully,

Andrew T. Sweeney

cc: Robert J. Grand, Esq.