# Exhibit A

# THE BOSTANY LAW FIRM

BROOKLYN OFFICE

ONE 74™ STREET
BROOKLYN, NY 11209

40 WALL STREET

NEW YORK, NEW YORK 10005-1315

TEL: 212-530-4400

FAX: 212-530-4488   *4488-fax*

NEW JERSEY OFFICE

ONE GATEWAY CENTER
NEWARK, NJ 07102

February 28, 2005

**CERTIFIED MAIL, R.R.R.**

C. Ronson, Inc.
463 7th Avenue
New York, New York 10018

RE: CHARLOTTE RONSON

Dear Sir or Madam:

It has come to our attention that you have filed an application with the USPTO for the mark CHARLOTTE RONSON and that you may be engaged in the use in commerce of such mark. We represent GMA Accessories, Inc., the owner of the trademark CHARLOTTE in classes 9, 18, 25 and 26; copies of the registrations are attached hereto for your reference.

Please immediately cease and desist from any use of the confusingly similar mark and withdraw the relevant trademark application. Also, please provide me with the number of items that you have produced or sold under the mark CHARLOTTE RONSON along with all documentation supporting same. Please provide written confirmation within seven (7) of this letter indicating that you have complied with the foregoing and that you agree not to resume such use.

Please take notice that your failure to comply with the aforementioned demands may subject you to liability and damages; including, but not limited to, the payment of attorneys' fees.

Sincerely,

Christopher G. Anderson

cc:   GMA Accessories, Inc.

Enclosures

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 2,561,025
Registered Apr. 16, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE

ACCESSORIES, INC. (NEW YORK COR-
PORATION)
12 SEFARD STREET, 9TH FL
NEW YORK, NY 10016

SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

SER. NO. 75-857,224, FILED 11-24-1999.

ELLIOTT ROBINSON, EXAMINING ATTORNEY



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*



Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 2,217,341

Registered Jan. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE

GMA ACCESSORIES, INC. (NEW YORK COR-
PORATION)
1 EAST 33RD STREET, 9TH FLOOR
NEW YORK, NY 10016

FOR: SACKS AND BAGS, NAMELY, HAND-
BAGS MADE OF TEXTILES AND BEADS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-0-1996; IN COMMERCE
11-0-1996.

SER. NO. 75-403,211, FILED 12-10-1997.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,535,454
Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE

GMA ACCESSORIES, INC. (NEW YORK COR-
PORATION)
1 EAST 33RD STREET, 9TH FLOOR
NEW YORK, NY 10016

FOR: CLOTHING, FOOTWEAR AND HEAD-
GEAR, NAMELY HATS, SCARVES, GLOVES AND
SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-15-1996; IN COMMERCE 11-15-1996.

OWNER OF U.S. REG. NOS. 221,405 AND 2,217,341.

SER. NO. 75-357,222, FILED 11-24-1999.

ELLIOTT ROBINSON, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 26

Prior U.S. Cls.: 37, 39, 40, 42 and 50

Reg. No. 2,216,405

## United States Patent and Trademark Office

Registered Jan. 5, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## CHARLOTTE

GMA ACCESSORIES, INC. (NEW YORK COR-
PORATION)
1 EAST 33RD STREET, 9TH FLOOR
NEW YORK, NY 10016

FOR: HAIR ACCESSORIES, NAMELY, HAIR
CLIPS, SCRUNCHEES, RIBBONS AND BRAIDS,
IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 11-0-1996; IN COMMERCE
11-0-1996.

SER. NO. 75-403,212, FILED 12-10-1997.

JILL C. ALT, EXAMINING ATTORNEY

## The United States of America

### CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Acting Commissioner of Patents and Trademarks*