# Exhibit B

MAR-25-2005  10:26       DREIER LLP                         212 967 4465      P.02



# DREIER LLP
ATTORNEYS AT LAW

THE GURSKY GROUP

499 PARK AVENUE
NEW YORK, NEW YORK 10022
TEL (212) 328-6100
FACSIMILE (212) 328-6101

STEVEN R. GURSKY
PARTNER
DIRECT DIAL (212) 652-3727
sgursky@dreierllp.com

March 25, 2005

<u>VIA FAX (212) 530-4488</u>
Christopher G. Anderson, Esq.
The Bostany Law Firm
40 Wall Street
New York, New York 10005

    RE:    <u>Charlotte Ronson -- GMA Accessories, Inc.</u>

Dear Mr. Anderson:

I am in receipt of your letter of March 17, 2005 setting March 25, 2005 as a deadline. My client would like more time to consider its options. Therefore, we propose to take no immediate steps to prosecute attending trademark application until further notice to you.

I will not be in town on Friday, March 25, 2005. I will contact you next week to discuss this matter in greater detail. I trust that in light of the foregoing you will not take any precipitous action.

Thank you for your patience and cooperation.

                    Very truly yours,

                    Steven R. Gursky

SRG/fins
Enclosure