# Exhibit C

# THE BOSTANY LAW FIRM

40 WALL STREET

NEW YORK, NEW YORK 10005-1315

TEL: 212-530-4400

**BROOKLYN OFFICE**

ONE 74TH STREET
BROOKLYN, NY 11209

**NEW JERSEY OFFICE**

ONE GATEWAY CENTER
NEWARK, NJ 07102

March 30, 2005

Steven R. Gursky, Esq.
Dreier, LLP
499 Park Avenue
New York, New York 10022

*RE.* CHARLOTTE RONSON

Dear Mr. Gursky:

I am in receipt of your letter dated March 25, 2005 to Christopher Anderson of this office. We will delay legal action against your client for 1 week based upon what appears to be your assurance that you will cease and desist any further use of the CHARLOTTE mark.

I expect that you will be providing us evidence of any actual sales so that past damages can be computed with reasonable certainty.

Sincerely,

John P. Bostany

JPB/cr