# Exhibit H

# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

<u>NEW JERSEY OFFICE</u>

ONE GATEWAY CENTER
NEWARK, NJ 07102

May 22, 2007

<u>UPS AIR</u>

Melissa Payne-Gregor, CEO
Blue Fly, Inc.
42 W. 39th Street
9th Floor
NY, NY 10018

    Re: CHARLOTTE® Trademark Infringement

Dear Ms. Payne-Gregor:

  We represent GMA Accessories, Inc. the owner of the registered trademark CHARLOTTE® in various classes including clothing, handbags, hair accessories, and sunglasses. A copy of these registrations are attached. It has come to our attention that you are marketing and selling CHARLOTTE pants and CHARLOTTE jeans without permission from the trademark owner.

  We demand that you immediately cease and desist this blatant copying of the CHARLOTTE® brand name. Provide me with certification within 7 days of your receipt of this letter that you have stopped purchasing, selling, marketing, advertising, distributing or transferring products bearing the CHARLOTTE® mark and provide us with:

  (1) a list of all items that you have purchased, advertised, and/or sold that in any way incorporate GMA's Charlotte® brand name;
  (2) the quantity sold; and your inventory

  If you fail to comply, we will be forced to enforce the trademark owner's rights in court.

             Sincerely,

             Medea B. Chillemi

Enclosures