```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sanci Charlotte Ronson LLC,

          Plaintiff(s),                      07 Civ 9578 (CM) (JCF)

  -against-

GMA Accessories, Inc.,                     CALENDAR NOTICE

          Defendant(s).
------------------------------------------------------------X

      Please take notice that the above captioned matter has been **re-scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| ✓ Rule (16) conference | ___ Final pre-trial conference | |
| ___ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Friday, February 15, 2008 at 10:15 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

     Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: January 14, 2008
       New York, New York

                                            So Ordered

                                            */s/ Colleen McMahon*

                                            Colleen McMahon, U.S.D.J