UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SANEI CHARLOTTE RONSON LLC,

          Plaintiff,

-against-

GMA ACCESSORIES, INC.,

          Defendant.
-----------------------------------------------------------x

Civil Action No. 07CV9578 (CM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08
```

## STIPULATION REGARDING JUDGE MCMAHON'S RULES FOR ELECTRONIC DISCOVERY

WHEREAS, Judge McMahon's Rules Regarding Electronic Discovery (the "Rules") "automatically apply in every case assigned to Judge McMahon until superceded by agreement of the parties" and the parties may reach "an alternative agreement,"

IT IS THEREFORE agreed by and between Plaintiff Sanei Charlotte Ronson LLC and Defendant GMA Accessories, Inc. as follows:

The Rules do not apply in this case and electronic discovery will be governed by the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 9, 2008

DREIER LLP

By: _____
Ira S. Sacks
Mary L. Grieco
Safia A. Anand
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiff*

1

|  |  |
|---|---|
| Dated: New York, New York<br>January 9, 2008 | THE BOSTANY LAW FIRM<br><br>By: _____<br>Crystal S.A. Scott<br>40 Wall Street, 61st Floor<br>New York, NY 10005<br>(212) 530-4401<br>*Attorneys for Defendant* |

2

*[signature]*
1-15-2008