UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

SANET CHARLOTTE
RONSON LLC

                    Plaintiff(s),

          -against-

GMA ACCESSORIES INC

                    Defendant(s).

_____X

07 Civ. 9578 (CM) (DCA)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Debra C. Freeman United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,
          discovery, non-dispositive pretrial motions,
          and settlement

_____ Consent under 28 U.S.C.
          §636(c) for all purposes
          (including trial)

___✓___ Specific Non-Dispositive Motion/Dispute:*

          Discovery
          _____

          _____

          If referral is for discovery disputes when
          the District Judge is unavailable, the time
          period of the referral:_____

_____ Consent under 28 U.S.C.
          §636(c) for limited purpose
          (e.g., dispositive motion,
          preliminary injunction

          Purpose:_____

_____ Habeas Corpus

_____ Social Security

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion
          requiring a Report and
          Recommendation

          Particular Motion:_____

          All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 2/15/2008
          New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge