UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SANEI CHARLOTTE RONSON LLC,

                            Plaintiff,                     07 Civ. 9578 (CM) (DF)

                 -against-                           **ORDER**

GMA ACCESSORIES, INC.,

                            Defendant.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

       The Court having received and reviewed correspondence from the parties concerning certain outstanding discovery disputes; and the Court having held a telephone conference on February 21, 2008, with counsel for all parties, during which the Court addressed those disputes; it is hereby ORDERED as follows, in accordance with the Court's rulings at the February 21 conference:

       1.     With respect to Defendant's Interrogatory No. 9, Plaintiff is directed to supplement its response by stating, with specificity, the information requested by that interrogatory, or by identifying with specificity (as, for example, by Bates numbers) where, in previously produced documents, Defendant may locate that information.

       2.     With respect to Defendant's Interrogatory No. 11, Plaintiff is directed to supplement its response by providing, for each letter referred to by that interrogatory, the approximate date when, to the best of its knowledge, Plaintiff received such letter.

       3.     Defendant is directed to supplement its initial disclosures under Rule 26(a) of the Federal Rules of Civil Procedure by producing or making available for inspection the documents that Defendant states in its disclosures were produced in connection with other proceedings, or,

if the documents have already been produced by Defendant in this litigation, by identifying those documents with specificity (as, for example, by Bates numbers).

    4.    In general, to the extent that, in its discovery responses, Defendant has referred Plaintiff to a warehouse location where potentially responsive documents are stored, without providing more specific information as to how Plaintiff may locate responsive documents, Defendant is directed to supplement its responses by either producing the documents or by making them available for inspection in a manner that will not require Plaintiff to undertake an independent search of Defendant's warehouse. If Defendant believes that such supplementation would be overly burdensome, Defendant may make an appropriate, and properly supported, application to the Court for a protective order.

Dated: New York, New York
       March 5, 2008

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

John P. Bostany, Esq.
The Bostany Law Firm
40 Wall Street
New York, NY 10005

Robert J. Grand, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022

Ira S. Sacks, Esq.
Dreier LLP
499 Park Avenue
New York, NY 10022