# DREIER LLP

ATTORNEYS AT LAW

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08
```

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

**MEMO ENDORSED**   March 14, 2008

*Handwritten note: 3/14/08 Look — if they move for leave to amend it will no doubt be granted. I cannot rule on any such motion. I can't be in the file in. I am [illegible]*

**Via Fax (212) 805-6326**
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:   *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*
       07 CV 9578 (CM)

Dear Judge McMahon:

    We received a copy of your accusal memorandum this morning because of a financial interest in additional counterclaim defendant Blue Fly. Blue Fly — and the other additional counterclaim defendants — were improperly added in violation of your Honor's scheduling order. On March 10, 2008, defendant GMA agreed to refile its answer naming only plaintiff Sanei Charlotte Ronson LLC, as the only counterclaim defendant. Copies of correspondence and the proposed stipulation relating to the withdrawal of all the counterclaim defendants including Blue Fly is attached for your Honor's convenience.

Respectfully,

Ira S. Sacks

ISS/es
Encl.
cc: Ronald Paltrowitz, Esq. (via fax)

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00337806.DOC;}

**Ira S. Sacks**

**From:** Ronald Paltrowitz [ron.paltrowitz@bozlaw.com]
**Sent:** Monday, March 10, 2008 11:02 AM
**To:** Ira S. Sacks
**Cc:** john@bozlaw.com
**Subject:** Stipulation

Ira:

Received your letter dated March 7, 2008. If this Stipulation meets with your approval, please sign and return.

Thank you.

Run

Ronald I. Paltrowitz, Esq.
The Bostany Law Firm
40 Wall Street, 61st Floor
New York, New York 10005
P: (212) 530-4411
F: (212) 530-4488
ron.paltrowitz@Bozlaw.com