# United States District Court
### Southern District of New York
### Office of the Clerk
### US Courthouse
### 500 Pearl Street, New York, N.Y. 10007-1213


NOTICE OF REASSIGNMENT

-----------------------------------------------------------X

Sanei Charlotte Ronson, LLC  v.  GMA Accessories

07cv9578


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X


       Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of


### Judge Sweet

       All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

       The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.


J. Michael McMahon, CLERK

Dated:

03/18/2008


By:    <u>Jenny R. Horne</u>

Deputy Clerk


cc:  Attorneys of Record