UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Sanei Ronson, LLC,

-v.-

GMA Accessories, Inc.

-------------------------------------------------------------X

: 07 Civ. 9578 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

Please be advised that the conference scheduled for 4/9/08 has been rescheduled to 4/16/08 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
4/8/08

ROBERT W. SWEET
United States District Judge