# THE BOSTANY LAW FIRM

40 WALL STREET

61ST FLOOR

NEW YORK, NEW YORK 10005-1304

TEL: 212-530-4400

FAX: 212-530-4488

ONE GATEWAY CENTER
NEWARK, NJ 07102

RECEIVED
APR 30 2008
JUDGE SWEET CHAMBERS

April 30, 2008

*So ordered*
*[signature] Sweet USDJ*
*5-6-08*

Hon. Robert W. Sweet
Senior United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.,*
           Docket No.: 07 CV 9578 (RWS) (DF)

Your Honor:

    In light of the settlement reported to the Court earlier today, I respectfully ask that this case be closed with an opportunity to re-open on application to your Honor if the settlement is not consummated in 20 days.

                                      Respectfully,

                                      John P. Bostany

cc:    Lisa Simpson, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08