# DREIER LLP

ATTORNEYS AT LAW

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com



May 8, 2008

<u>Via Fax (212 805 7925)</u>
Hon. Robert W. Sweet
United States District Judge
United States District Court for the
    Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

   Re:   *Sanei Charlotte Ronson LLC v. GMA Accessories, Inc.*, 07 CV 9578
         (RWS)(DF)

Dear Judge Sweet:

   We write to follow up on our letter to Your Honor, dated May 7, 2008 and my call with your deputy of the same day regarding the parties' failure to consummate the settlement of the above-referenced case. We would greatly appreciate it if Your Honor could "so order" this letter, confirming that the prior 20-day order signed by Your Honor on May 6, 2008 has been rescinded.

                                                Respectfully,

                                                Ira S. Sacks

cc:   Hon. Debra C. Freeman *(via fax)*
      John P. Bostany, Esq. *(via fax)*
      Lisa Simpson, Esq. *(via fax)*

So ordered
/s/ RWS
USDJ
5-21-08

499 Park Avenue New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com