COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

SANEI CHARLOTTE RONSON LLC,

        Plaintiff/Counterclaim Defendant,

        -against-

GMA ACCESSORIES, INC.,

        Defendant/Counterclaim Plaintiff.

-------------------------------------------------------------x

Civil Action No.
07CV9578 (RWS)(DCF)

**STIPULATION OF
DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel of record for the parties herein that all claims and counterclaims herein are

dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All

pending motions in this action are hereby withdrawn.

Dated: New York, New York
      June /6, 2008

DREIER LLP

By: _____
    Ira S. Sacks
    499 Park Avenue
    New York, New York 10022
    Telephone: (212) 328-6100
    *Attorneys for Plaintiff /
    Counterclaim Defendant*

THE BOSTANY LAW FIRM

By: _____
    John P. Bostany
    40 Wall Street, 61st Floor
    New York, New York 10005
    Telephone: (212) 530-4400
    *Attorneys for Defendant/
    Counterclaim Plaintiff*

SO ORDERED

_____
Robert W. Sweet, U.S.D.J.
    6·12·08

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6|13|08