Sweet, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SANEI CHARLOTTE RONSON LLC,

      Plaintiff/Counterclaim Defendant,

-against-

GMA ACCESSORIES, INC.,

      Defendant/Counterclaim Plaintiff.
------------------------------------------------------------x

Civil Action No.
07CV9578 (RWS)(DCF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel of record for the parties herein that all claims and counterclaims herein are dismissed with prejudice, with each party to bear its own attorneys' fees and costs. All pending motions in this action are hereby withdrawn.

Dated: New York, New York
      June 16, 2008

DREIER LLP

By: _____
Ira S. Sacks
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
*Attorneys for Plaintiff/
Counterclaim Defendant*

THE BOSTANY LAW FIRM

By: _____
John P. Bostany
40 Wall Street, 61st Floor
New York, New York 10005
Telephone: (212) 530-4400
*Attorneys for Defendant/
Counterclaim Plaintiff*

SO ORDERED

_____
Robert W. Sweet, U.S.D.J.
6-24-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08